**Order filed May 24, 2012**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00357-CV

———————

**SEECO, INC. AND SOUTHWESTERN ENERGY COMPANY, Appellants**

**V.**

**K.T. ROCK, L.L.C., Appellee**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2009-69705**

## O R D E R

The notice of appeal in this case was filed April 11, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 8, 2012.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM